UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NUMBER: 5:12-CR-20-BR

FILED IN OPEN COURT
ON 6-5-12
Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA

vs.

ORDER

Brandon Lashon Ingram

IT IS HEREBY ORDERED that the following Government Exhibits be returned to Jeffrey S. Wenhart and remain in his custody through the time of sentencing and any proceeding on appeal or review.

Government's Exhibits:

#60-Plastic bag containing scales
#61 - Scales (with blue light)
#62 - Plastic bag containing .20 grams of white powdery substance
#63 - Plastic bag containing green leafy material (found in cup holder)
#64 - Plastic bag containing knife
#65 - Knife
#66 - Box containing gun
#67 - .38 special firearm
#68 - Plastic bag containing .38 ammunition

This 5th day of June, 2012 Exhibits received by:

J.S. Wenhart
Print name

_____
Sign name

June 5, 2012

_____
W. EARL BRITT
SENIOR U. S. DISTRICT JUDGE

Case 5:12-cr-00020-BR   Document 80   Filed 06/05/12   Page 1 of 1