UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NUMBER: 5:12-CR-20-BR

UNITED STATES OF AMERICA
vs.                                                    ORDER

Brandon Lashon Ingram

     IT IS HEREBY ORDERED that the following Government Exhibits be returned to __Jeffrey S. Wenhart__ and remain in his custody through the time of sentencing and any proceeding on appeal or review.

Government's Exhibits:

#71 - Plastic bag containing scale
#72 - Scale
#73 - Plastic bag containing blunt
#74 - Plastic bag containing dollar bill with cocaine
#75 - Plastic bag containing $238.00 and 2 cell phones

This 5th day of June, 2012 Exhibits received by:

J.S. Wenhart
Print name

*[signature]*
Sign name

June 5, 2012
*[signature]*
W. EARL BRITT
SENIOR U. S. DISTRICT JUDGE