UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NUMBER: 5:12-CR-20-BR

FILED IN OPEN COURT
ON 6-5-12 KM
Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA
vs.                                              ORDER

Brandon Lashon Ingram

IT IS HEREBY ORDERED that the following Government Exhibits be returned to Jeffrey S. Wenhart and remain in his custody through the time of sentencing and any proceeding on appeal or review.

Government's Exhibits:

#34 - Manila envelope
#35 - Digital Scale
#36 - Plastic bag containing 4 bags, 2 grams of marijuana
#37 - Plastic bag containing 2 bags, 1.2 grams of cocaine
#38 - Plastic bag containing 1 bag, 1.3 grams of crack
#39 - Plastic bag containing $1.00 bill with powder cocaine
#40 - Plastic bag containing marijuana blunt

This 5th day of June, 2012 Exhibits received by:

JS. Wenhart
Print name

[signature]
Sign name

June 5, 2012                   [signature]
                               W. EARL BRITT
                               SENIOR U. S. DISTRICT JUDGE