UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NUMBER: 5:12-CR-20-BR

FILED IN OPEN COURT
ON 6-6-12
Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA

vs.

ORDER

Brandon Lashon Ingram

IT IS HEREBY ORDERED that the following Government Exhibits be returned to ___Jeffrey S. Wenhart___ and remain in his custody through the time of sentencing and any proceeding on appeal or review.

Government's Exhibits:

#91 - Plastic bag containing 6.3 grams of powder cocaine
#92 - Plastic bag containing 15.7 grams of powder cocaine
#93 - Plastic bag containing 4.5 grams of powder cocaine
#94 - Plastic bag containing 13.8 grams of crack
#95 - Plastic bag containing 2.6 grams of crack and 0.8 grams of powder cocaine
#96 - Plastic bag containing 2.1 grams of marijuana
#97 - Plastic bag containing dollar bill and 0.1 gram of powder cocaine
#100 - Eight (8) one hundred (100) dollar bills = $800.00
#102 - Plastic bag containing dollar bill with cocaine
#109 - Plastic bag containing 2 digital scales and cigarette paper
#124 - Box containing firearm
#125 - Firearm
#126 - Two (2) Bullets

This 6th day of June, 2012 Exhibits received by:

_Jeffrey S. Wenhart_
Print name

__/s/ Jeffrey Wenhart__
Sign name

June 6, 2012 _____
W. EARL BRITT
SENIOR U. S. DISTRICT JUDGE