UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NUMBER: 5:12-CR-20-BR

UNITED STATES OF AMERICA
vs.                                    ORDER

Brandon Lashon Ingram


IT IS HEREBY ORDERED that the following Government Exhibits be returned to ___Jeffrey S. Wenhart___ and remain in his custody through the time of sentencing and any proceeding on appeal or review.

Government's Exhibits:

#175 - Plastic bag containing money ($200.00)
#176 - Plastic bag containing scale
#179 - Plastic bag containing $2.00 with white powder


This 7th day of June, 2012 Exhibits received by:

_Jeffrey S. Wenhart_
Print name

_[signature]_
Sign name

June 7, 2012            _[signature]_
                        W. EARL BRITT
                        SENIOR U. S. DISTRICT JUDGE