UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:12-CR-00020-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| BRANDON LASHON INGRAM ) | |
| ) | |

This matter is before the court on defendant's appellate counsel's motion to unseal the presentence report and the statement of reasons for purposes of defendant's appeal. The motion is ALLOWED to the extent that the Clerk is DIRECTED to provide copies of those documents to appellate counsel, W. H. Paramore, III, and is otherwise DIRECTED to maintain the documents under seal.

This 21 November 2012.

_____
W. Earl Britt
Senior U.S. District Judge