FILED
Page 2
OCT 05 2015
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District E.D. North Carolina |
|---|---|

| Name (under which you were convicted): Brandon Ingram | Docket or Case No.: |
|---|---|

| Place of Confinement: FCI Bennettsville, P. O. Box 52020, Bennettsville, S.C. 29512 | Prisoner No.: 55936-056 |
|---|---|

| UNITED STATES OF AMERICA<br><br>v. | Movant (include name under which you were convicted)<br>Brandon Ingram |
|---|---|

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

    United States District Court Eastern District of North Carolina

    (b) Criminal docket or case number (if you know): 12-CR-00020

2. (a) Date of the judgment of conviction (if you know):

    (b) Date of sentencing: 11/6/2012

3. Length of sentence: 360 Months

4. Nature of crime (all counts):

    Conspiring to distribute and to possess with the intent to distribute more than 180 grams of cocaine base (crack) and a quantity of cocaine, Title 21 U.S.C. § 841(a)(1) and 846 (Count One); using and carrying a firearm during and in relation to a drug trafficking crime, described in Count One, Title 18 U.S.C. § 924(c) (Count Two); knowingly and intentionally distributing a quantity of cocaine, Title 21 U.S.C. § 841(a)(1) (Counts Three through Five); and distributing a quantity of cocaine base, in violation of Title 21 U.S.C. § 841(a)(1) (Count Six).

5. (a) What was your plea? (Check one)

    (1) Not guilty ☑    (2) Guilty ☐    (3) Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☑    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?  Yes ☐  No ☑

8. Did you appeal from the judgment of conviction?  Yes ☑  No ☐

9. If you did appeal, answer the following:

    (a) Name of court:  US Court of Appeals, Fourth Circuit

    (b) Docket or case number (if you know):  12-4896

    (c) Result:  Affirmed

    (d) Date of result (if you know):  2/19/2014

    (e) Citation to the case (if you know):  United States v. Ingram, 556 F. App'x. 2003 (4th Cir. 2014).

    (f) Grounds raised:

    The court erred by not allowing the Appellant's Rule 29 motion to be granted; The district court commits a series of errors regarding the admissibility of 404(b) evidence; Trial counsel in the district court by, not objecting to statements purportedly made by the Appellant after his arrest by federal authorities; The district court committed prejudicial and reversible error by failing to allow the Appellant's pro se motion to change counsel; The district court committed prejudicial and reversible error in its calculating of the advisory guideline range.

    (g) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☑  No ☐

    If "Yes," answer the following:

    (1) Docket or case number (if you know):

    (2) Result:

    Writ Cert Denied

    (3) Date of result (if you know):  10/6/2014

    (4) Citation to the case (if you know):  Ingram v. United States, 135 S. Ct. 118 (2014).

    (5) Grounds raised:

    Petition for writ of cert on issues raised on appeal.

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes ☐  No ☑

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court:

       (2) Docket or case number (if you know):

       (3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ❏    No ❏

(7) Result:

(8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ❏    No ❏

(7) Result:

(8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1)  First petition:         Yes ❏   No ❏

    (2)  Second petition:    Yes ❏   No ❏

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:**

Sixth Amendment Violation - Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel Rendered Ineffective Assistance When he Failed to Advise the Court of a Total Breakdown In Communication Requiring Counsel to Withdraw Prior To Trial. (See Memorandum of Law)

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

Ineffective Assistance of Counsel claims are to be raised on a Title 28 U.S.C. § 2255.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❏   No ❏

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❏   No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❏   No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:




**GROUND TWO:**

Sixth Amendment Violation - Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel Rendered Ineffective Assistance When he Failed to Object to Testimony Being Presented by Detective Dismukes, Addressing the Results of the Cocaine Analysis from the Laboratory When no Report was Reviewed by the Detective from the Laboratory. (See Memorandum of Law)

(b) **Direct Appeal of Ground Two:**
    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ❑   No ☑
    (2) If you did not raise this issue in your direct appeal, explain why:
    **Ineffective Assistance of Counsel claims are to be raised on a Title 28 U.S.C. § 2255.**

(c) **Post-Conviction Proceedings:**
    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ❑   No ☑
    (2) If your answer to Question (c)(1) is "Yes," state:
    Type of motion or petition:
    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):
    Date of the court's decision:
    Result (attach a copy of the court's opinion or order, if available):


    (3) Did you receive a hearing on your motion, petition, or application?
        Yes ❑   No ❑
    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ❑   No ❑
    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
        Yes ❑   No ❑
    (6) If your answer to Question (c)(4) is "Yes," state:
    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):
    Date of the court's decision:
    Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:**

Sixth Amendment Violation - Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel Rendered Ineffective Assistance When he Did Not Object to the Introduction of Lab Reports Information Via the Detectives of this Case. (See Memorandum of Law)

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

Ineffective Assistance of Counsel claims are to be raised on a Title 28 U.S.C. § 2255.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
    Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed:

Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:**

Sixth Amendment Violation - Ineffective Assistance of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel Rendered Ineffective Assistance When he Failed to Object to the Government's Vouching of Witness Mario Jones Cooperation. (See Memorandum of Law)

(b) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❏ No ☑

    (2) If you did not raise this issue in your direct appeal, explain why:

    Ineffective Assistance of Counsel claims are to be raised on a Title 28 U.S.C. § 2255.

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❏ No ☑

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❏ No ❏

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❏ No ❏

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❏ No ❏

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?   Yes ❑   No ❑
    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
    (a) At preliminary hearing:

    (b) At arraignment and plea:

    (c) At trial:

    (d) At sentencing:

(e) On appeal:

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ❑ No ❑
17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ❑ No ❑
    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date the other sentence was imposed:
    (c) Give the length of the other sentence:
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ❑   No ❑

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on  09/30/15  (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

## GROUND FIVE:

### Sixth Amendment Violation - Ineffective Assistance of Counsel

**(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):**

Counsel Rendered Ineffective Assistance by his Failure to Present any Plausible Defenses During the Trial.

## GROUND SIX:

### Sixth Amendment Violation - Ineffective Assistance of Counsel

**(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):**

Counsel Rendered Ineffective Assistance When he Failed to Advise the Court that Ingram was not Present During the Reading of the Jury Notes During the Trial.

## GROUND SEVEN:

### Sixth Amendment Violation - Ineffective Assistance of Counsel

**(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):**

Trial Counsel was Ineffective by not Objecting to Statements Purportedly made by Ingram After his Arrest to Federal Authorities.