IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-20-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRANDON LASHON INGRAM, | ) | |
| | ) | |
| Defendant. | ) | |

Not later than August 18, 2025, the United States SHALL respond to defendant's pending motions [D.E. 209, 210].

SO ORDERED. This 24 day of July, 2025.

JAMES C. DEVER III
United States District Judge