IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-CR-20-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BRANDON LASHON INGRAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The court is very familiar with the record. On November 8, 2022, the court denied defendant's first motion for compassionate release. See [D.E. 192]. On August 31, 2023, the United States Court of Appeals for the Fourth Circuit affirmed. See [D.E. 201, 202].

On June 13, 2024, defendant again moved for compassionate release [D.E. 209] and supplemented his motion on November 8, 2024 [D.E. 210]. On August 18, 2025, the United States responded in opposition. See [D.E. 221].

Assuming without deciding that defendant is eligible for compassionate release, the court again has reviewed the section 3553(a) factors and DENIES defendant's motion. See [D.E. 192] 4–10; [D.E. 221] 16–19.

SO ORDERED. This 20 day of August, 2025.

JAMES C. DEVER III
United States District Judge